FILED
APR 18 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **19MJ1596** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18 U.S.C. § 1029(a)(2) – Use of an Unauthorized Access Device |
| ARSENIO PIERRE, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

During the one-year period October 1, 2016 to September 30, 2017, in the Southern District of California and elsewhere, defendant Arsenio Pierre, knowingly and with intent to defraud, used unauthorized social security numbers, and by such conduct, obtained approximately $168,405.13 during the one year period, said use affecting interstate and foreign commerce, in that said social security numbers were used to obtain car loans from lenders involved in interstate lending, in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(a)(i).

//
//
//
//
//

The complainant states that this complaint is based on the attached Statement of Probable Cause incorporated herein by reference.

_____
Martin Gutowsky, Special Agent
U.S. Secret Service

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF APRIL, 2019.

_____
HONORABLE NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
ARSENIO PIERRE

## STATEMENT OF PROBABLE CAUSE

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7) who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent (SA) with the United States Secret Service (USSS), and have been employed as such since August, 2005. I am currently assigned to the San Diego Field Office, which includes the San Diego Regional Fraud Task Force (SDRFTF) and San Diego Electronic Crimes Task Force (SDECTF). I received and completed formal training that included an eleven week Criminal Investigation Training Program (CITP) at the Federal Law Enforcement Training Center in Glynco, GA, as well as an additional seventeen week Special Agent Training Course (SATC) at the USSS James J. Rowley Training Center in Beltsville, MD. Throughout my tenure as a criminal investigator with USSS in both the Newark Field Office and San Diego Field Office, I have conducted and/or participated in numerous financial crimes investigations, to include but not limited to, the fraudulent use of access devices, credit card skimming/re-encoding, identity theft, wire fraud, mail fraud, check fraud, bank fraud, and the manufacturing of counterfeit currency/commercial securities, and the use of complex schemes to conceal and launder the proceeds of such crimes. I have also assisted in and/or personally prepared and executed numerous search and arrest warrants for investigations involving the above mentioned financial crimes. I have a Bachelor of Science degree in Political Science from the University of Nebraska at Kearney as well as a Juris Doctor degree from the University of Nebraska College of Law.

3. Because this Complaint is being submitted for the limited purpose of establishing probable cause, it does not detail each and every fact learned during the course

3

of this investigation. All dates, times, and quantities in this affidavit (and any appendices) are exact figures or best approximations. The conversations quoted or mentioned in this affidavit have often been excerpted and/or summarized. All conclusions stated herein are based on my training and experience, my conversations with other law enforcement officers, and my familiarity with the facts of the investigation.

4. Since approximately August, 2016, Arsenio Pierre ("Pierre") has been using social security numbers that are not his, in addition to other false information, such as address and employment pay stubs, to purchase vehicles in the Southern and Central Districts of California.[1]

5. During the charged one-year period – October 1, 2016 to September 30, 2017 – Pierre used unauthorized social security numbers to successfully purchase six vehicles with a total purchase price of $168,405.13.

6. The following table summarizes completed vehicle purchases that Pierre made using unauthorized social security numbers:

| Date | Amount (USD) | Lender/Victim | Dealership | SS # |
|---|---|---|---|---|
| 10/3/16 | 26,488.50 | Santander | Poway CDJR[2] | SS1[3] |
| 10/3/16 | 29,778.12 | Toyota Fin. Serv. | Kearny Mesa Toyota | SS1 |
| 10/14/16 | 28,627.35 | Nissan Corp. | Metro Nissan of Redland | SS1 |
| 2/6/17 | 20,010.31 | Santander | Lexus of Valencia | SS2 |
| 5/4/17 | 35,571.47 | Toyota Fin. Serv. | Lexus of Las Vegas | SS3 |
| 5/12/17 | 27,929.38 | Kia of Temecula | DCH Kia of Temecula | SS3 |
| **TOTAL** | **$168,405.13** | | | |

7. Pierre made each of the purchases on credit. In order to make these purchases, Pierre either filled out loan documentation himself, or orally gave his information to an employee of the dealership to complete the documentation. For each purchase, the social

---

1 Social Security Numbers are "access devices" under 18 U.S.C. § 1029(e)(1). Because the social security numbers are stolen, they are "unauthorized access devices" under 18 U.S.C. § 1029(e)(3).
2 Poway CDJR is located in the Southern District of California.
3 I have confirmed that SS1, SS2 and SS3 are actual social security numbers belonging to individuals other than Pierre.

4

security number he gave as his own actually belonged to someone else. Using this method, Pierre was able to complete the six purchases above without procuring loans under his own social security number.

8. Pierre applied for the loans to make the above purchases in his own name; he used his legitimate California Driver's License with his name, photograph and valid driver's license number. In addition, the individual who assisted Pierre in making the purchase at Poway CDJR has identified Pierre in a six-pack as the person who purchased the vehicle.

## CONCLUSION

9. Between October 1, 2016 and September 30, 2017, Pierre knowingly and with intent to defraud used three unauthorized access devices to purchase six vehicles on credit, with a total purchase price of $168,405.13.